# Court of Appeals
# of the State of Georgia

ATLANTA, December 02, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0006.    OPTUMRX, INC. v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH.**

OptumRx has filed an emergency motion to file a forthcoming discretionary application under seal.

Because the motion before us does not meet the requirements of Rule 40 (b), it is DENIED. If an application or appeal is later filed as to which OptumRx is a party, OptumRx may to move this Court at that time "for an order to seal or unseal any record in the Court." Rule 18 (b).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/02/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , Clerk.